# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
WELLPATH,
Real Party in Interest.

No. 81420

**FILED**

SEP 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was filed on July 6, 2020, without payment of the requisite filing fee. On August 5, 2020, this court entered an order directing petitioner to pay the filing fee or file an affidavit demonstrating his inability to pay the filing fee within 30 days. Petitioner was cautioned that failure to comply would result in the dismissal of this petition. To date, the petitioner has not complied with the August 5, 2020, order. Accordingly, this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]In light of this order, petitioner's pro se motion to voluntarily dismiss the petition is rendered moot.

20-33128

cc: Abdul Howard
Eighth District Court Clerk